# EXHIBIT A

# COMPLIANCE AGREEMENT

THIS AGREEMENT is made by and between IKare Funerals & Cremation, Inc., hereinafter called "Employer", and Local Union No. 727, I. B. of T., hereinafter called "Union."

1. The Employer agrees to adopt, abide by and be bound by (a) all the terms and provisions of the Collective Bargaining Agreement (hereinafter collectively referred to as the "Principal Agreement") entered into by and between the Union and the Funeral Directors Services Association (hereinafter called the "Association"), and (b) all matters relating to wages, hours, benefits, terms and conditions of employment set forth in the Principal Agreement with the same force and effect as though the Employer were a signatory to the Principal Agreement and as though the Principal Agreement was fully set forth herein. The Employer also agrees to adopt, abide by and be bound by all extensions, renewals, modifications and amendments of the Principal Agreement and all Agreements subsequent to the Principal Agreement between the Association and the Union.

2. The Employer agrees to become a party to and be bound by all the terms and provisions of:

    (a) The Restated Agreement and Declaration of Trust and all present and subsequent amendments thereto of the Teamsters Local Union No. 727, I. B. of T. Health and Welfare Fund;

    (b) The Restated Agreement and Declaration of Trust and all present and subsequent amendments thereto of the Teamsters Local Union No. 727, I. B. of T. Pension Fund;

    (c) The Restated Agreement and Declaration of Trust and all present and subsequent amendments thereto of the Teamsters Local Union No. 727, I. B. of T. Legal and Educational Assistance Fund;

with the same force and effect as though the Declarations of Trust referred to above in (a), (b) and (c) were set forth herein and as though the Employer originally signed the same Declarations of Trust and amendments; and the Employer agrees to make payments covering all employees represented by Local Union No. 727, I. B. of T. to said Plans as required by the Principal Agreement, extensions and renewals thereof, and any modifications or amendments thereto, and

the Amended Agreements and Declarations of Trust of the aforesaid Plans. The Employer hereby authorizes the Employer Trustees named in the aforesaid respective Trust Agreements and their successors to act for and on its behalf.

3. This Compliance Agreement shall remain in full force and effect until June 30, 2017, and from year to year thereafter, provided; however, that this Compliance Agreement may be terminated by either party upon written notice to the other at least sixty (60) days prior to June 30th of any subsequent year.

AGREED this 2 day of January, 2014.

By Employer:

_(signature)_

MANAGER
(Title)

By Union:

_(signature)_

Secretary-Treasurer

Company Name: IKare Funerals & Cremation, Inc.,
Contact Name: Irina Kushnerova
Business Address: 1330 S. Pleasant Hill Gate
Waukegan, IL 60085
E-Mail Address: Irinakushnerova1@gmail.com